Ryan L. Eddings, Bar No. 256519
reddings@littler.com
Caroline Lutz, Bar No. 274836
clutz@littler.com
Zoe Y. J. Monty-Montalvo, Bar No. 352595
zmontymontalvo@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:  559.244.7500
Fax No.:      559.244.7525

Attorneys for Defendant
TRANSDEV SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI TRAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANSDEV SERVICES INC., a Maryland Corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-01888-DJC-JDP<br><br>**ORDER ON JOINT STIP TO CONTINUE TRIAL AND RELATED DATES**<br><br>Yolo County Case No:CV2023-1104<br>Complaint Filed:    June 1, 2023<br>Removal:               August 31, 2023<br>Trial Date Set:       July 7, 2025 |

## **ORDER**

Having read and considered the Parties' Joint Stipulation to Continue Trial and all related deadlines, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Trial currently set for July 7, 2025 shall be continued to **November 3, 2025 at 8:30 AM**; and

2. All pre-trial deadlines are continued accordingly, pursuant to the new trial date.

    a. Fact Discovery cut-off deadline currently set for August 2, 2024, shall be continued 120 days to **December 2, 2024**;

    b. Disclosure of initial experts and produce reports cut-off deadline currently set for August 30, 2024, shall be continued 120 days to **December 30, 2024**;

    c. Expert testimony intended solely for rebuttal cut-off deadline currently set for September 27, 2024, shall be continued 120 days to **January 27, 2025**;

    d. All expert discovery cut-off deadline currently set for October 25, 2024, shall be continued 120 days to **February 25, 2025**;

    e. All dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications cut-off deadline currently set for January 3, 2025, shall be continued to **May 5, 2025**, and are currently set to be noticed for hearing before Judge Calabretta on February 20, 2025 at 1:30 PM, shall be continued to **June 26, 2025 at 1:30 PM**;

    f. The Final Pretrial Conference is currently set for May 8, 2025, at 1:30 PM, shall be continued to **August 28, 2025 at 1:30 PM**.

Dated: July 2, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

2

ORDER ON JOINT STIP TO CONTINUE TRIAL AND RELATED DATES