**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. Aaron Brock, SBN 241919
ab@brockgonzales.com
Douglas B. Hayes, SBN 232709
dh@brockgonzales.com
**Attorneys for Plaintiff**
**LORI TRAVIS**

Ryan L. Eddings, Bar No. 256519
reddings@littler.com
Caroline Lutz, Bar No. 274836
clutz@littler.com
Zoe Y. J. Monty-Montalvo, Bar No. 35259
zmontymontalvo@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Fax No.: 559.244.7525
**Attorneys for Defendant**
**TRANSDEV SERVICES INC.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI TRAVIS, an individual,<br>          Plaintiff,<br>     vs.<br>TRANSDEV SERVICES INC., a Maryland Corporation; and DOES 1-50, inclusive,<br>          Defendants. | Case No.: 2:23-cv-01888-DJC-JDP<br>Hon. Jeremy D. Peterson<br>Complaint date: June 1, 2023<br>Removal date: August 31, 2023<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear his/its own fees and costs.

**IT IS SO ORDERED.**

Dated:  November 26, 2024        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE